# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT RAY, JR.,<br>Plaintiff,<br>v.<br>S. CHEFALO,<br>Defendant. | Case No. 1:20-cv-01515-KES-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COPIES<br><br>ORDER DIRECTING CLERK OF THE COURT TO UPDATE PLAINTIFF'S ADDRESS<br><br>(ECF No. 19) |

As relevant here, on January 20, 2021, the Hon. Anthony W. Ishii adopted findings and recommendations issued on November 20, 2020; denied Plaintiff's application to proceed *in forma pauperis* as subject to the three strikes rule (with no imminent danger exception); and dismissed this action without prejudice subject to refiling upon prepayment of the filing fee. (ECF No. 12.) Plaintiff appealed, and on September 1, 2021, the Ninth Circuit dismissed the appeal for failure to pay the filing fee. Ray v. Chefalo, No. 21-15238, ECF No. 9 (9th Cir. Sept. 1, 2021); (ECF No. 18.).

On October 29, 2026, Plaintiff filed a request for copies, which is presently before the Court. (ECF No. 19.) Plaintiff requests a copy of the findings and recommendations issued on November 20, 2020, "for legal purposes." Though the Court generally has little hesitation to provide prisoners with orders in active cases, this case has been dismissed, which became final

over five years ago. Beyond legal purposes, Plaintiff offers no other basis for the Court to send him documents from this case. Therefore, the Court DENIES the request.

Furthermore, the Court DIRECTS the Clerk of the Court to update Plaintiff's address as follows: Avenal State Prison, P.O. Box 901, Avenal, CA 93204.

IT IS SO ORDERED.

Dated: **November 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge